**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

**RUSS HARDEN,**

**Plaintiff,**

**v.** **No. 26-1124-STA-jay**

**MATTHEW DEVIN, et al.,**

**Defendants.**

---

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION FOR DISMISSAL

---

Before the Court is the United States Magistrate Judge' Report and Recommendation that Plaintiff's complaint be dismissed pursuant to 28 U.S.C. § 1915(e)(2). (ECF No. 13.) The Magistrate Judge submitted his Report and Recommendation on August 11, 2026. Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report. Giving Plaintiff the benefit of the additional three days allowed under Rule 6(d), Plaintiff's objections were due at the latest by September 28, 2026. To date Plaintiff has filed no objections to the Magistrate Judge's Report. Having reviewed the Magistrate Judge's Report and Recommendation *de novo* and the entire record of the proceedings, the Court hereby **ADOPTS** the Report.

This matter is hereby **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2). Additionally, Plaintiff's "emergency" motion (ECF No. 12) is **DENIED** as moot.

The Clerk is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: October 6, 2026